IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LOREN W. MAY, SR.,**                                                                                   **PLAINTIFF**
**Reg #17748-045**

v.                          **CASE NO. 2:12CV0019 BSM/JTK**

**UNITED STATES OF AMERICA, et al.**                                                  **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.     Defendants United States of America, Maldonado, and Watts be DISMISSED from May's complaint for failure to state a claim upon which relief may be granted.

Dated this 22nd day of February 2012.

_____
UNITED STATES DISTRICT JUDGE